GINGER CACCAVALE *v.* HOSPITAL OF
ST. RAPHAEL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 504, is denied.

*Peter A. Kelly,* in support of the petition.

*Garie J. Mulcahey* and *Robert J. Cooney,* in opposition.

Decided June 28, 1988

STATE OF CONNECTICUT *v.* ENRIQUE C. GONZALEZ

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 216, is granted, limited to the issue: "Did the Appellate Court erroneously conclude (1) that General Statutes (Rev. to 1985) § 14-227a (b) provides that one commits the offense of driving while impaired only when one's blood alcohol ratio falls between .07 and .10 percent, and (2) that driving while impaired is not a lesser included offense of driving while under the influence?"

*Robert P. Dutcher,* in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided June 28, 1988

STATE OF CONNECTICUT *v.* VINCENT MORICO

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 140, is denied.

*Michael J. McClary,* in support of the petition.

Decided July 8, 1988